Ida J. Lockhart, as Administratrix, etc., of Raymond Emerson, Deceased, Respondent, v. Charles J. Hoffman and Arthur C. Hoffman, Appellants.— Judgment and order affirmed, with costs. All concurred.

Gustav Ossman, by Laverne Stiles, His Guardian ad Litem, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment ordered for the defendant upon the nonsuit, with costs. All concurred.

The People of the State of New York, Respondent, v. William Balderston, Appellant.— Judgment of conviction reversed and new trial ordered, upon the ground that the trial court committed error in the admission of evidence. All concurred, except McLennan, P. J., and Robson, J., who dissented.

Mary Petch, Respondent, v. Charles Bartell, Appellant, Impleaded with Frances Bartell and Others.— Judgment reversed and new trial ordered, with costs to appellant to abide event, upon questions of law and fact. Held, that the finding of the court that Charles Bartell was trustee for the plaintiff in the foreclosure and purchase of the property in question is not supported by the evidence and that there is no sufficient evidence to sustain the finding that the defendant Charles Bartell was guilty of fraud or was trustee *ex maleficio*. All concurred.

Union Lumber Company, Respondent, v. Jacob C. Caflisch and Albert L. Caflisch, Appellants.— Judgment affirmed, with costs. All concurred.

Torquato Paolicchi and Others, Respondents, v. Pasquale Gargiulo, Doing Business under the Name of P. Gargiulo & Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The Roblin Lumber Company, Respondent, v. Lawrence E. Brown, as Committee, etc., of Augusta Hyatt, an Incompetent Person, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of the Municipal Board of the Village of Penn Yan, Appellant, for a Writ of Mandamus against the Board of Trustees of Said Village and Ernest B. Reed, Village Treasurer, Respondents.— Order affirmed, with costs. All concurred.

Nicholas Lougnot, as Administrator, etc., of Francis J. Lougnot, Deceased, Appellant, v. Central New York Telephone and Telegraph Company, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Held, that the evidence presented a question of fact which should have been submitted to the jury. All concurred, except McLennan, P. J., who dissented.

Frances Cassady, as Administratrix, etc., of John H. Cassady, Deceased, Appellant, v. American Linseed Company, Respondent.— Judgment and order affirmed, with costs. All concurred.